*Messrs. C. W. Nichols, Connor Hall,* and *D. C. T. Davis, Jr.,* for respondents.

No. 396. DE LEON ET AL. *v.* IGNACIO. December 2, 1929. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. Felix De Leon* and *Vincente Sotto, pro se,* for petitioners. No appearance for respondent.

No. 436. KASHERMAN *v.* MINNESOTA. December 2, 1929. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Benjamin M. Rigler* for petitioner. *Mr. James E. Markham* for respondent.

No. 437. FIDELITY-PHILADELPHIA TRUST Co. *v.* Mc-CAUGHN, FORMERLY COLLECTOR. December 2, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. H. Gordon McCouch* for petitioner. *Solicitor General Hughes,* and *Messrs. Claude R. Branch, Sewall Key, Millar E. McGilchrist,* and *W. Marvin Smith* for respondent.

No. 438. LEVY *v.* UNITED STATES. December 2, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Richard L. Merrick* and *Howard F. Bresee* for petitioner. *Solicitor General Hughes, Assistant Attorney General Luhring,* and *Messrs. Claude R. Branch* and *Harry S. Ridgely* for the United States.

No. 446. CHESAPEAKE & OHIO R. Co. *v.* KANAWHA BLACK BAND COAL Co. ET AL. December 2, 1929. Peti-